BEARDSLEY v. CITY OF LAMPASAS.

(Circuit Court of Appeals, Fifth Circuit. November 23, 1903.)

No. 1,261.

1. SUBROGATION—PURCHASE OF BONDS—EQUITIES OF ORIGINAL HOLDERS.

A purchaser of municipal bonds in the open market is a volunteer, who is not subrogated to special equities which may have existed in favor of the original holders.

Appeal from the Circuit Court of the United States for the Western District of Texas.

Ben B. Cain and J. C. Chamberlain, for appellant.
Robt. G. West, Thos. B. Cochran, and Walter Acker, for appellee.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Whatever may have been the equity existing in favor of the original purchasers of the school bonds in question from the city of Lampasas, we are clear that the complainant in this case was a volunteer, and from his purchase in open market no subrogation followed.

The decree of the Circuit Court is affirmed.

---

NATIONAL R. CO. OF MEXICO v. O'LEARY.

(Circuit Court of Appeals, Fifth Circuit. February 9, 1904.)

No. 1,288.

On Rehearing.
For former opinion, see 126 Fed. 363.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered, and the rehearing is denied.